IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALVIANETTE GIBSON-KENNEDY on behalf of LILLIAN R. GIBSON 'ALLEGED INCAPACITATED',<br><br>        Plaintiff,<br><br>   v.<br><br>MR. ROBERT M. SLUTSKY, ESQ., MS. DIANE ZABONSKI, ESQ., MS. KALPANA DASHI, LCSW, and MS. TIVIA OLSEN,<br><br>        Defendants. | CIVIL ACTION<br>NO. 13-4324 |

## ORDER

**AND NOW**, this   27th   day of January, 2014, upon consideration of Plaintiff's Complaint, Amended Complaint and the Motions to Dismiss of all Defendants, it is hereby **ORDERED** that Defendants' Motions to Dismiss are **GRANTED** and Plaintiff's Amended Complaint is **DISMISSED** with prejudice as to all defendants for lack of subject matter jurisdiction. It is further **ORDERED** that the Clerk shall mark this matter closed for statistical purposes.

                                          **BY THE COURT:**

                                          **/s/ Jeffrey L. Schmehl**
                                          **Jeffrey L. Schmehl, J**.